**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>RAYMOND E SMITH<br>TANYA L BIBBS SMITH<br>Debtor(s) | Case No. 11-11845 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2011.

2) The plan was confirmed on 05/05/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/20/2011, 11/20/2012.

5) The case was dismissed on 07/11/2013.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $15,659.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,700.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,700.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,008.95 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $450.60 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,459.55** |
| Attorney fees paid and disclosed by debtor: | $1.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAFES/MIL STAR/EXCHANGE | Unsecured | NA | 1,493.53 | 1,493.53 | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 735.00 | 1,902.13 | 1,902.13 | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPEN MASTERCARD | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 12,425.00 | 14,900.00 | 13,663.00 | 6,015.22 | 1,225.23 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 2,131.79 | 868.44 | 2,105.44 | 0.00 | 0.00 |
| CASH N DASH | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK STUDENT LOAN CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 2,855.68 | 2,855.68 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 847.00 | NA | NA | 0.00 | 0.00 |
| DEPT FOR VETERANS AFFAIRS | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| EMERALD ADVANCE LOAN | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SVC LLC | Unsecured | NA | 860.00 | 860.00 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLIANA ENDODONTICS | Unsecured | 160.00 | 218.63 | 218.63 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 227.00 | 1,801.38 | 1,801.38 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 824.03 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS LENDING CORP | Unsecured | 2,032.00 | 2,474.82 | 2,474.82 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | NA | 1,261.41 | 1,261.41 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 800.00 | 570.00 | 570.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 872.00 | 1,291.32 | 1,291.32 | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | 1,630.00 | 1,630.00 | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 240.00 | 240.00 | 240.00 | 0.00 | 0.00 |
| MICHAEL J MINTZ DDS | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,291.00 | 802.79 | 802.79 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 804.00 | 804.49 | 804.49 | 0.00 | 0.00 |
| MIDWEST PHYSICIAN GROUP | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 952.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 381.00 | 310.24 | 310.24 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,491.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| ROSA GALVAN SILVA MD | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIV MEDICAL CENTER | Unsecured | 4,872.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIV MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIV MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIV MEDICAL CENTER | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CNT | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSTIY MEDICAL CENTE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 8,289.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| TENNENBAUM ANSTADT LTD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| THE STUDENT LOAN CORPORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THOMAS D HOBSON | Priority | NA | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
| THOMAS D HOBSON | Unsecured | 20,000.00 | 20,939.00 | 20,939.00 | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,620.00 | 2,630.24 | 2,630.24 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 5,382.00 | 31,746.71 | 31,746.71 | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $13,663.00 | $6,015.22 | $1,225.23 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,663.00** | **$6,015.22** | **$1,225.23** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $1,870.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,870.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$75,967.81** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
|     Expenses of Administration | $2,459.55 |
|     Disbursements to Creditors | $7,240.45 |
| **TOTAL DISBURSEMENTS :** | **$9,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/30/2013     By: /s/ Tom Vaughn
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**